UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                           Chapter 7

Edgar J. Dietrich,                               Case No. 13-57297

    Debtor.                                     Hon. Phillip J. Shefferly
_____/

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), I have determined to recuse myself from hearing this case. Accordingly,

**IT IS HEREBY ORDERED** that the Bankruptcy Court's clerk's office shall reassign this case pursuant to L.B.R. 1073-1(a)(4) (E.D.M.) from the docket of Judge Phillip J. Shefferly by blind draw to the docket of Judge Marci B. McIvor.

**Signed on September 19, 2013**

                                                  /s/ Phillip J. Shefferly
                                                **Phillip J. Shefferly
                                                United States Bankruptcy Judge**