UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Bankruptcy Case No. 13-57297-MBM
                                                       Chapter 7
EDGAR J. DIETRICH                     Hon. Marci B. McIvor

        Debtor.
_____/

## CERTIFICATION PURSUANT TO LBR 9014-1(C) (E.D.M)

STEPHEN P. STELLA, Attorney for the Trustee, pursuant to LBR 9014-1(C) hereby certifies that on August 3, 2016, he caused to be sent a notice regarding Motion For Order Authorizing Trustee To Compromise Claim In Adversary Proceeding Number 15-04807 ("Motion") to all parties in interest and that he has not received a response to the Motion nor has any person or entity filed a response or objection to date. However, there have been some changes to the original Settlement Agreement and Release that was attached to the Motion which have been agreed upon by all parties. Specifically, paragraph 2 of the Settlement Agreement and Release relating to the release of claims by the parties has been modified to expand the language of the release of claims by the Dietrich Defendants (as they are defined in the Settlement Agreement and Release). Thus, the proposed order has been modified to permit the Trustee to execute any and all modifications of the Settlement Agreement without further order of the court.

Accordingly, he respectfully requests that the Court enter an Order Authorizing Trustee To Compromise Claim In Adversary Proceeding Number 15-04807.

                                            SIMON, STELLA & ZINGAS, P.C.

                                            /s/ Stephen P. Stella
                                            STEPHEN P. STELLA (P33351)
                                            Attorney for Trustee
                                            645 Griswold, Suite 3466
                                            Detroit, Michigan 48226
                                            (313) 962-6400
                                            attorneystella@sszpc.com

Dated: October 11, 2016